KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David Rosner (SBN 2333755) *Pro Hac Vice Pending*
Email: drosner@kasowitz.com
Sheron Korpus (SBN 2810372) *Pro Hac Vice Pending*
skorpus@kasowitz.com
Christine Montenegro (SBN 3969276) *Pro Hac Vice Pending*
cmontenegro@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brendan G. Dolan (SBN 126732)
Email: bdolan@kasowitz.com
Emily E. de Ayora (SBN 250349)
Email: edeayora@kasowitz.com
Ashley E. Rupp (SBN 262238)
Email: arupp@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiffs DEUTSCHE BANK TRUST COMPANY AMERICAS, LAW DEBENTURE TRUST COMPANY OF NEW YORK, and WILMINGTON TRUST COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. and WACHOVIA BANK f/k/a WACHOVIA N.A.,<br><br>Defendants. | CASE NO. CV 11-2661-EDL<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: June 7, 2011       KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By: _____Brendan Dolan /s/_____
 Brendan Dolan
Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS,
LAW DEBENTURE TRUST COMPANY OF NEW YORK,
 and WILMINGTON TRUST COMPANY

8094680

1
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE