1  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   David Rosner (SBN 2333755) *Pro Hac Vice*
2  Email: drosner@kasowitz.com
   Sheron Korpus (SBN 2810372) *Pro Hac Vice*
3  skorpus@kasowitz.com
   Christine Montenegro (SBN 3969276) *Pro Hac Vice*
4  cmontenegro@kasowitz.com
   1633 Broadway
5  New York, New York 10019
   Telephone: (212) 506-1700
6  Facsimile: (212) 506-1800

7  KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
   Brendan G. Dolan (SBN 126732)
8  Email: bdolan@kasowitz.com
   Emily E. de Ayora (SBN 250349)
9  Email: edeayora@kasowitz.com
   Ashley E. Rupp (SBN 262238)
10 Email: arupp@kasowitz.com
11 101 California Street, Suite 2300
   San Francisco, California 94111
12 Telephone: (415) 421-6140
13 Facsimile: (415) 398-5030

14 Attorneys for Plaintiffs DEUTSCHE BANK TRUST COMPANY AMERICAS, LAW
   DEBENTURE TRUST COMPANY OF NEW YORK, and WILMINGTON TRUST
15 COMPANY

RECEIVED
JUN 02 2011
E-filing
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 11 2661

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A. and WACHOVIA BANK f/k/a WACHOVIA N.A.,<br><br>Defendants. | CASE NO.<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS DEUTSCHE BANK TRUST COMPANY AMERICAS,LAW DEBENTURE TRUST COMPANY OF NEW YORK AND WILMINGTON TRUST COMPANY'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULES 79-5 AND 7-11**<br><br>**Judge: TBD** |

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL. CR

Having considered the papers submitted in support of plaintiffs Deutsche Bank Trust Company Americas ("Deutsche Bank"), in its capacity as successor indenture trustee for a certain series of Senior Notes, Law Debenture Trust Company of New York ("Law Debenture"), in its capacity as successor indenture trustee for a certain series of Senior Notes,[1] and Wilmington Trust Company ("Wilmington Trust" and, together with Deutsche Bank and Law Debenture, "Plaintiffs") Administrative Motion To File Documents Under Seal, and good cause appearing therefore,

Plaintiffs' Administrative Motion is GRANTED, and the following portions of Plainitffs' Complaint will be filed under seal:

1. Exhibit A to the Plaintiffs' Complaint.

IT IS SO ORDERED.

DATED: June ___, 2011

_____
The Honorable [Judge]
UNITED STATES DISTRICT COURT

Counsel is directed to electronically file the declaration under seal pursuant to General Order 62. Information about electronically filing documents under seal may be found on the Court's website (http://www.cand.uscourts.gov) as well as the ECF website for this Court (http://ecf.cand.uscourts.gov/index.html).

IT IS SO ORDERED.

Dated: June 23, 2011



_____
EDWARD M. _____
_____ Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

---

[1] All capitalized terms not defined herein shall have the meaning given to them in the Complaint.

2
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL. CR