| Attorney Or Party Without Attorney (Name and Address) | (415) 421-6140 | FOR COURT USE ONLY |
|---|---|---|
| BRENDAN DOLAN, ESQ. (126732)<br>KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>101 California Steet, 23rd Floor<br>San Francisco, California 94111 | Ref. No. Or File No.<br>W2578936 | |
| Attorneys for: DEUTSCHE BANK TRUST COMPANIES | | |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
DEUTSCHE BANK TRUST COMPANIES

Defendant:
WELLS FARGO

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: C 11 2661 EDL |
|---|---|---|---|---|

I, Shane Cantrell, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: Civil Case Cover Sheet; Summons; Complaint [Redacted]; Complaint [Conditionally Under Seal]; Motion to File Documents Under Seal; Declaration in Support of Motion to Seal; Proposed Order; Order Setting Initial Case Management Conference & ADR Deadlines; Notice of Assignment of Case; ECF Registration Handout; Filing Guidelines; Declination to Proceed Before Magistrate Judge

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : WELLS FARGO BANK, N.A.

By Serving : DEAIRA AMMONS, Legal Secretary/Authorized to Accept Service of Process

Address : 45 Fremont Street, Suite 800, San Francisco, California 94105
Date & Time : Wednesday, June 22, 2011 @ 2:05 p.m.
Witness fees were : Not applicable.

Person serving:
Shane Cantrell
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1136
   (3) County: San Francisco
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 22, 2011

Signature: _____
Shane Cantrell


Printed on recycled paper