

RECEIVED
JUN 30 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITE STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM; UNIVERSITY OF CALIFORNIA BOARD OF REGENTS; CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM; and DOES 1-100,<br><br>Defendants. | Case No: CV 11-2661-EMC<br><br>(Proposed) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY CHRISTINE A. MONTENEGRO** *PRO HAC VICE* |

Christine A. Montenegro, whose business address and telephone number is 1633 Broadway, New York, New York 10019, (212) 506-1700; an active member in good standing of the bars of the following courts:

State of New Jersey,

State of New York,

United States District Court, District of New Jersey,

United States District Court, Southern District of New York, and

United States District Court, Western District of Pennsylvania,

having applied for admission to practice in the Northern District of California on a *pro hac vice* basis representing Deutsche Bank Trust Company Americas, in its capacity as successor indenture

1

trustee for certain series of Senior Notes[1], Law Debenture Trust Company Of New York, in its capacity as successor indenture trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes (collectively "Plaintiffs") in the above-entitled action,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: 7/5/11



The Honorable Edward M. Chen
United States District

IT IS SO ORDERED
Judge Edward M. Chen

---

[1] All capitalized terms not defined herein shall have the definition given to them in the Complaint.

2