UNITE STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RECEIVED JUL -8 A 11: 31

DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,

Plaintiff,

v.

CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM; UNIVERSITY OF CALIFORNIA BOARD OF REGENTS; CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM; and DOES 1-100,

Defendants.

Case No: CV 11-2661-EMC

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DAVID ROSNER *PRO HAC VICE*

Complaint Filed: June 2, 2011

David Rosner, whose business address and telephone number is 1633 Broadway, New York, New York 10019, (212) 506-1700; an active member in good standing of the bars of the following courts:

New York State Court

U.S. Court of Appeals, Second Circuit

U.S. Court of Appeals, Third Circuit

U.S Court of Appeals, Eleventh Circuit

U.S. District Court, Northern District of New York

U.S. District Court, Southern District of New York

U.S. District Court, Western District of New York

1

having applied for admission to practice in the Northern District of California on a *pro hac vice* basis representing Deutsche Bank Trust Company Americas, in its capacity as successor indenture trustee for certain series of Senior Notes[1], Law Debenture Trust Company Of New York, in its capacity as successor indenture trustee for certain series of Senior Notes, and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes (collectively "Plaintiffs") in the above-entitled action,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: _____7/12/11_____



The Honorable Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

---

[1] All capitalized terms not defined herein shall have the definition given to them in the Complaint.