KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
David Rosner (SBN 2333755) *Pro Hac Vice*
Email: drosner@kasowitz.com
Sheron Korpus (SBN 2810372) *Pro Hac Vice*
skorpus@kasowitz.com
Christine Montenegro (SBN 3969276) *Pro Hac Vice*
cmontenegro@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brendan G. Dolan (SBN 126732)
Email: bdolan@kasowitz.com
Emily E. de Ayora (SBN 250349)
Email: edeayora@kasowitz.com
101 California Street, Suite 2300
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiffs DEUTSCHE BANK TRUST COMPANY AMERICAS, LAW
DEBENTURE TRUST COMPANY OF NEW YORK, and WILMINGTON TRUST COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>                    Plaintiff,<br><br>          vs.<br><br>WELLS FARGO BANK, N.A. and WACHOVIA BANK f/k/a WACHOVIA N.A.,<br><br>                    Defendants. | CASE NO. CV 11-02661 EMC<br><br>**PROOF OF SERVICE [CORRECTED]** |

K A S O W I T Z ,   B E N S O N ,   T O R R E S   &   F R I E D M A N   L L P
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

I, Aaron Nathan, declare that I am employed in the City and County of San Francisco, at the business address of 101 California Street, Suite 2300, San Francisco, California  94111.  I am over the age of eighteen years and am not a party to this matter.

On July 8, 2011, I caused to be served the attached:

**(1)    PLAINTIFFS' NOTICE OF MOTION AND MOTION TO STAY DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT IN THIS ACTION OR COMMENCE MOTIONS PRACTICE, UNTIL THE EARLIEST OF (1) OCTOBER 31, 2011, (2) CONFIRMATION OF A PLAN OF REORGANIZATION BY THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, OR (3) FURTHER ORDER OF THE BANKRUPTCY COURT OR THIS COURT**

**(2)    MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION TO STAY DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT IN THIS ACTION OR COMMENCE MOTIONS PRACTICE, UNTIL THE EARLIEST OF (1) OCTOBER 31, 2011, (2) CONFIRMATION OF A PLAN OF REORGANIZATION BY THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, OR (3) FURTHER ORDER OF UNITED STATES BANKRUPTCY COURT OR THIS COURT**

**(3)    DECLARATION OF CHRISTINE A. MONTENEGRO IN SUPPORT OF PLAINTIFFS' MOTION TO STAY DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT IN THIS ACTION OR COMMENCE MOTIONS PRACTICE, UNTIL THE EARLIEST OF (1) OCTOBER 31, 2011, (2) CONFIRMATION OF A PLAN OF REORGANIZATION BY THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, OR (3) FURTHER ORDER OF THIS COURT**

**(4)    [PROPOSED] ORDER STAYING DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT IN THIS ACTION OR COMMENCE MOTION PRACTICE**

**(5)    APPLICATION FOR ADMISSION OF ATTORNEY MATTHEW B. STEIN PRO HAC VICE; [PROPOSED] ORDER**

**(6)    APPLICATION FOR ADMISSION OF ATTORNEY CHRISTINE A. MONTENEGRO; [PROPOSED] ORDER**

on the following:

/ / /

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111

1  James M. Strothers
   WACHOVIA BANK, N.A.
2  420 Montgomery Street, 5th Floor
   San Francisco, CA  94104
3

4  James M. Strothers
   WELLS FARGO BANK, N.A.
5  420 Montgomery Street, 5th Floor
   San Francisco, CA  94104
6

7  Douglas P. Lobel
   COOLEY LLP
8  Reston Town Center, One Freedom Square
   11951 Freedom Drive
9  Reston, VA  20190-5656

10  ☒  **By Personal Service.**  I caused the above documents to be delivered by hand to the

11  addressee(s) noted above.

12        I declare under penalty of perjury under the laws of the State of California that the

13  foregoing is true and correct.

14        Executed on July 13, 2011.

15

16                                    ____/s/ Aaron Nathan_____

17                                    Aaron Nathan

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE; CASE NO. CV 11-02661 EMC

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 CALIFORNIA STREET, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111