COOLEY LLP
WHITTY SOMVICHIAN (194463)
101 California Street, Fifth Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
Email: wsomvichian@cooley.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WACHOVIA BANK f/k/a WACHOVIA N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUSE COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for PHONES Notes,<br>　　　　　　　　　Plaintiffs,<br>　　　v.<br>WELLS FARGO BANK, N.A., and WACHOVIA BANK f/k/a WACHOVIA N.A.,<br>　　　　　　　　　Defendants. | Case No. CV 11-2661-EMC<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>Judge: Hon. Edward M. Chen |

Pursuant to L.R. 6-1(a), Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, and Wilmington Trust Company ("Plaintiffs") and Wells Fargo Bank, N.A. and Wachovia Banks ("Defendants") stipulate as follows:

Whereas the Complaint in the above-entitled action was filed on June 2, 2011;

Whereas Defendants' time to answer or otherwise move in response to the complaint is July 13, 2011;

Whereas Plaintiffs filed a Motion to Stay Defendants' Time to Respond to the Complaint in this Action or Commence Motions Practice, Until the Earliest of (1) October 31, 2011,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION EXTENDING
TIME TO RESPOND TO COMPLAINT
CASE NO. CV 11-2661-EMC

1  (2) Confirmation of a Plan of Reorganization by the United States Bankruptcy Court for the
2  District of Delaware, or (3) Further Order of this Court on July 5, 2011 (the "Motion to Stay");
3      Whereas a hearing on Plaintiffs' Motion is set for August 12, 2011;
4      Whereas the parties have stipulated to extend the time for Defendants to answer or
5  otherwise respond to the complaint until after the hearing on Plaintiffs' Motion;
6      Now, therefore, Plaintiffs and Defendants stipulate as follows:
7      Defendants shall have until the later of August 19, 2011, or the time set forth in an Order
8  on Plaintiff's Motion to Stay, to answer or otherwise respond to the complaint.

Dated: July 13, 2011

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
BRENDAN DOLAN (12632)
EMILY E. DE AYORA (250349)
SHERON KORPUS (*pro hac vice* pending)

BY: /s/ Sheron Korpus
SHERON KORPUS
Attorneys for Plaintiffs
DEUTSCHE BANK TRUST COMPANY AMERICAS, LAW DEBENTURE TRUST COMPANY OF NEW YORK, and WILMINGTON TRUST COMPANY

Dated: July 13, 2011

COOLEY LLP
WHITTY SOMVICHIAN (194463)

BY: /s/ Whitty Somvichian
WHITTY SOMVICHIAN (194463)
Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WACHOVIA BANK f/k/a WACHOVIA N.A.

COOLEY LLP
DOUGLAS P. LOBEL (Of Counsel)
11951 Freedom Drive
Reston, Virginia 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
Email: dlobel@cooley.com
Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WACHOVIA BANK f/k/a WACHOVIA N.A.

484599v1/RE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIPULATION EXTENDING
TIME TO RESPOND TO COMPLAINT
CASE NO. CV 11-2661-EMC