COOLEY LLP
WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:    (415) 693-2000
Facsimile:     (415) 693-2222

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WACHOVIA BANK f/k/a WACHOVIA N.A.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUSE COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for PHONES Notes,<br><br>                    Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK, N.A., and WACHOVIA BANK f/k/a WACHOVIA N.A.,<br><br>                    Defendants. | Case No. CV 11-2661-EMC<br><br>**PROOF OF SERVICE**<br><br>Judge: Hon. Edward M. Chen |

**PROOF OF SERVICE**

I hereby certify that on July 13, 2011, I filed the foregoing

- **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT;**

with the Clerk of Court using the CM/ECF system.

This document was served on all counsel who are deemed to have consented to electronic service via the CM/ECF system.  All other following counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via electronic mail:

- **Sheron Korpus**
  skorpus@kasowitz.com

- **Christine A. Montenegro**
  cmontenegro@kasowitz.com

- **David Rosner**
  drosner@kasowitz.com

- **Matthew B. Stein**
  mstein@kasowitz.com

   /s/ Witty Somvichian
WHITTY SOMVICHIAN
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
FAX: (415) 693-2222
Email:  wsomvichian@cooley.com

484598 v1/RE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1.

PROOF OF SERVICE
CASE NO.  CV 11-2661-EMC