1  COOLEY LLP
   WHITTY SOMVICHIAN (194463)
2  101 California Street, Fifth Floor
   San Francisco, California 94111-5800
3  Telephone: (415) 693-2000
   Facsimile: (415) 693-2222
4  Email: wsomvichian@cooley.com

5  Attorneys for Defendants
   WELLS FARGO BANK, N.A. and
6  WACHOVIA BANK f/k/a WACHOVIA N.A.

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                 **SAN FRANCISCO DIVISION**

11 | DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for PHONES Notes, | Case No. CV 11-2661-EMC

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Judge: Hon. Edward M. Chen |

                    Plaintiffs,

17       v.

18  WELLS FARGO BANK, N.A., and
    WACHOVIA BANK f/k/a WACHOVIA
19  N.A.,
                    Defendants.

20

21       Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned

22  certifies that the following listed persons, associations of persons, firms, partnerships,

23  corporations (including parent corporations) or other entities (i) have a financial interest in the

24  subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest

25  in that subject matter or in a party that could be substantially affected by the outcome of this

26  proceeding:

27       Wells Fargo Bank, N.A. ("Wells Fargo Bank") discloses that Wells Fargo & Company is

28  a publicly held corporation, and that it directly and indirectly owns 100 percent of the stock of

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DISCLOSURE OF NON-PARTY
INTERESTED ENTITIES OR PERSONS
CASE NO. CV 11-2661-EMC

Wells Fargo Bank. Wells Fargo & Company has no parent corporation, and no publically held corporation owns ten percent or more of its stock.

Wachovia Bank, N.A. was acquired by Wells Fargo & Company on December 31, 2008. Subsequently, on March 20, 2010 Wachovia Bank, N.A. merged into Wells Fargo Bank.

Dated: July 15, 2011

COOLEY LLP
WHITTY SOMVICHIAN (194463)


BY: /s/ Whitty Somvichian
WHITTY SOMVICHIAN (194463)
Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WACHOVIA BANK f/k/a WACHOVIA N.A.

Of Counsel:

DOUGLAS P. LOBEL
COOLEY LLP
11951 Freedom Drive
Reston, Virginia 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
Email: dlobel@cooley.com
Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WACHOVIA BANK f/k/a WACHOVIA N.A.

484651•RE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

DISCLOSURE OF NON-PARTY
INTERESTED ENTITIES OR PERSONS
CASE NO. CV 11-2661-EMC