| | |
|---|---|
| 1 | COOLEY LLP |
| | WHITTY SOMVICHIAN (194463) (wsomvichian@cooley.com) |
| 2 | 101 California Street, 5th Floor |
| | San Francisco, CA 94111-5800 |
| 3 | Telephone: (415) 693-2000 |
| | Facsimile: (415) 693-2222 |
| 4 | |
| 5 | Attorneys for Defendants |
| | WELLS FARGO BANK, N.A. and |
| 6 | WACHOVIA BANK f/k/a WACHOVIA N.A. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for PHONES Notes, | Case No. CV 11-2661-EMC |
| | **PROOF OF SERVICE** |
| | Judge: Hon. Edward M. Chen |
| Plaintiffs, | |
| v. | |
| WELLS FARGO BANK, N.A., and WACHOVIA BANK f/k/a WACHOVIA N.A., | |
| Defendants. | |

**PROOF OF SERVICE**

I hereby certify that on July 15, 2011, I filed the foregoing

- **DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS;**

with the Clerk of Court using the CM/ECF system.

This document was served on all counsel who are deemed to have consented to electronic service via the CM/ECF system. All other following counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via electronic mail:

- **Sheron Korpus**
  skorpus@kasowitz.com

- **Christine A. Montenegro**
  cmontenegro@kasowitz.com

- **David Rosner**
  drosner@kasowitz.com

- **Matthew B. Stein**
  mstein@kasowitz.com

- **Ashley E. Rupp**
  arupp@kasowitz.com

- **Brendan Dolan**
  bdolan@kasowitz.com

- **Emily Elizabeth de Ayora**
  edeayora@kasowitz.com

   /s/ Witty Somvichian
WHITTY SOMVICHIAN
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
FAX: (415) 693-2222
Email: wsomvichian@cooley.com

484598·RE