1  COOLEY LLP
   WHITTY SOMVICHIAN (194463)
2  101 California Street, Fifth Floor
   San Francisco, California 94111-5800
3  Telephone: (415) 693-2000
   Facsimile: (415) 693-2222
4  Email: wsomvichian@cooley.com

5  Attorneys for Defendants
   WELLS FARGO BANK, N.A. and
6  WACHOVIA BANK f/k/a WACHOVIA N.A.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for PHONES Notes,<br>　　　　　　　Plaintiffs,<br>　　v.<br>WELLS FARGO BANK, N.A., and WACHOVIA BANK f/k/a WACHOVIA N.A.,<br>　　　　　　　Defendants. | Case No. CV 11-2661-EMC<br><br>**RESPONSE AND NOTICE OF CONSENT TO MOTION TO STAY DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT IN THIS ACTION OR COMMENCE MOTIONS PRACTICE, UNTIL THE EARLIEST OF (1) OCTOBER 31, 2011, (2) CONFIRMATION OF A PLAN OF REORGANIZATION BY THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, OR (3) FURTHER ORDER OF THIS COURT**<br><br>Judge: Hon. Edward M. Chen |

　　　Defendants Wells Fargo Bank, N.A., and Wachovia Bank, through undersigned counsel, hereby consent to Plaintiffs' July 5, 2011 Motion to Stay Defendants' Time to Respond to the Complaint in this Action or Commence Motions Practice, Until the Earliest of (1) October 31, 2011, (2) Confirmation of a Plan of Reorganization by the United States Bankruptcy Court for the District of Delaware, or (3) Further Order of this Court (the "Motion to Stay"). In support of this consent, Defendants state:

　　　1.　　This state law constructive fraudulent conveyance ("SLCFC") action relates to the leveraged buyout of the Tribune Company in 2007;

2. Although the Tribune Company is party to a bankruptcy proceeding in the United States Bankruptcy Court for the District of Delaware, and actions relating to the Tribune Company are stayed, on April 25, 2011, the Bankruptcy Court issued an Order authorizing Plaintiffs to file SLCFC actions provided the actions were stayed after filing;

3. In addition to filing SLCLC actions, the April 25th Order authorizes Plaintiffs to (a) amend their complaint; (b) complete service of the complaint; and (c) take such steps, including immediately pursuing discovery, as necessary solely for the purpose of preventing applicable statutes of limitations or other time-related defenses from barring any state law constructive fraudulent conveyance claims;

4. Plaintiffs filed this suit on June 2, 2011;

5. On July 5, 2011, Plaintiffs filed the Motion to Stay, which requested, among other things, that the Court stay Defendants' time to respond to the complaint or commence motions practice;

6. The Motion to Stay expressly requested that the stay be without prejudice to any defenses available to Defendants, and that Defendants be permitted to object to any discovery requests that Plaintiffs may issue during the stay;

7. Defendants hereby notify the Court that they consent to Plaintiffs' Motion to Stay.

Dated: July 22, 2011

COOLEY LLP
WHITTY SOMVICHIAN (194463)

BY: /s/ Whitty Somvichian
WHITTY SOMVICHIAN (194463)
Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WACHOVIA BANK f/k/a WACHOVIA N.A.

Of Counsel:

COOLEY LLP
DOUGLAS P. LOBEL
11951 Freedom Drive
Reston, Virginia 20190
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
Email: dlobel@cooley.com

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

RESPONSE AND NOTICE OF CONSENT
CASE NO. CV 11-2661-EMC

1  Attorneys for Defendants
   WELLS FARGO BANK, N.A. and
2  WACHOVIA BANK f/k/a WACHOVIA N.A.

3  485438/RE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28