Sheron Korpus (New York State Bar # 2810372)
Christine A. Montenegro (New York State Bar # 3969276)
David Rosner (New York State Bar # 2333755)
Matthew B. Stein (New York State Bar # 4179479)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
Email:  skorpus@kasowitz.com
        cmontenegro@kasowitz.com
        drosner@kasowitz.com
        mstein@kasowitz.com

Brendan Dolan (SBN 126732)
Emily E. de Ayora (SBN 250349)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Email: bdolan@kasowitz.com
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, in its capacity as successor indenture trustee for certain series of Senior Notes, LAW DEBENTURE TRUST COMPANY OF NEW YORK, in its capacity as successor indenture trustee for certain series of Senior Notes, and WILMINGTON TRUST COMPANY, in its capacity as successor indenture trustee for the PHONES Notes,<br><br>             Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A. and WACHOVIA BANK f/k/a WACHOVIA N.A.,<br><br>             Defendants. | Case No: CV 11-2661-EMC<br><br>**NOTICE OF FILING OF PLAINTIFFS' MOTION FOR TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**<br><br>Complaint Filed: June 2, 2011 |

PLEASE TAKE NOTICE that on August 16, 2011, Plaintiffs Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, and Wilmington Trust Company, in their capacity as successor indenture trustees for certain notes of Tribune Company (collectively, "Plaintiffs") moved the United States Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407, to transfer 44 actions pending in 21 different federal districts, including this action, to the Southern District of New York for coordinated and consolidated pretrial proceedings under the caption *In re Tribune Fraudulent Conveyance Litigation* (Pending Docket No. 119), specifically to the Honorable Richard J. Holwell (the "MDL Motion"). Plaintiffs provide this notice pursuant to 28 U.S.C. § 1407(c)(ii) and Rule 6.2 of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation.

A copy of the Notice of the MDL Motion is attached hereto as Exhibit A, a Brief in Support of the MDL Motion is attached hereto as Exhibit B, the Declaration of David M. Zensky in Support of the MDL Motion is attached hereto as Exhibit C, the Schedule of Actions is attached hereto as Exhibit D, and the Proof of Service of the MDL Motion is attached hereto as Exhibit E.

DATED: August 17, 2011          KASOWITZ, BENSON, TORRES & FRIEDMAN LLP


By:     /s/ Emily E. de Ayora
        Emily E. de Ayora

        Attorneys for Plaintiffs
        Deutsche Bank Trust Company Americas
        Law Debenture Trust Company of New York
        Wilmington Trust Company

1

NOTICE OF FILING OF PLAINTIFFS' MOTION FOR TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407
Case No. CV 11-2661-EMC