# EXHIBIT A

BEFORE THE UNITED STATES JUDICIAL PANEL

ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re Tribune Fraudulent Conveyance Litigation | MDL Docket No. _____<br><br>**PLAINTIFFS' MOTION FOR TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407**<br><br>Date:   To Be Set |

      Plaintiffs Deutsche Bank Trust Company Americas in its capacity as successor indenture trustee for a certain series of Senior Notes ("DBTCA"), Law Debenture Trust Company of New York, in its capacity as successor indenture trustee for a certain series of Senior Notes ("Law Debenture"), and Wilmington Trust Company, in its capacity as successor indenture trustee for the PHONES Notes ("Wilmington Trust" and, together with DBTCA and Law Debenture, "Plaintiffs") respectfully move, pursuant to 28 U.S.C. § 1407, the United States Judicial Panel on Multidistrict Litigation to transfer 44 actions pending in 21 different federal districts to the Southern District of New York for coordinated and consolidated pretrial proceedings, specifically to the Honorable Richard J. Holwell.

1

Dated:  August 15, 2011

By             /s/ David M. Zensky
                David M. Zensky

David M. Zensky
Stephen M. Baldini
Mitchell P. Hurley
Deborah Newman
Julia I. De Beers
Jason Goldsmith
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, NY 10036-6745
Telephone:  (212) 872-1000
Facsimile:  (212) 872-1002
dzensky@akingump.com

Attorneys for Plaintiffs Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York and Wilmington Trust Company

Robert J. Lack
Hal Neier
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, NY 10036-6516
Telephone:  (212) 833-1100
Facsimile:  (212) 833-1250
rlack@fklaw.com

Attorneys for Plaintiffs Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York and Wilmington Trust Company

David S. Rosner
Sheron Korpus
Christine A. Montenegro
Matthew B. Stein
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile:  (212) 506-1800
drosner@kasowitz.com

Attorneys for Plaintiffs Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York and Wilmington Trust Company