# EXHIBIT A

Case3:11-cv-02661-EMC Document37-1 Filed08/23/11 Page1 of 2

**EXHIBIT A – CALIFORNIA**

| Seq | Name | | Shareholder Transfers |
|---|---|---|---|
| 38104 | WACHOVIA BANK, N.A. | REDACTED | |
| 38721 | WELLS FARGO BANK, N.A. | | |
| 40845 | WELLS FARGO BANK, N.A./SIG | | |