**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

December 22, 2011

U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RE: CV 11-02661 EMC  DEUTSCHE BANK TRUST COMPANY-v-WELLS FARGO BANK

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☐ Certified copy of docket entries.

☐ Certified copy of Transferral Order.

☐ Original case file documents.

✔ Please access the electronic case file for additional pleadings you may need.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: *Sheila Rash*
Case Systems Administrator

Enclosures
Copies to counsel of record